1  David W. Evans (Bar No. 79466)
   Scott M. Bloom (Bar No. 183891)
2  HAIGHT, BROWN & BONESTEEL, L.L.P.
   100 Bush Street, 27th Floor
3  San Francisco, California 94104-3967
   Telephone: (415) 986-7700
4  Facsimile: (415) 986-6945

5  Attorneys for Plaintiff and Counterdefendants
   **STEEFEL, LEVITT & WEISS, A Professional**
6  **Corporation**

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 STEEFEL, LEVITT & WEISS, A Professional )   Case No. C-03-0440 JCS
   Corporation,                           )
12                                        )   **STIPULATION AND [PROPOSED]**
                Plaintiff,                )   **ORDER EXTENDING EXPERT**
13      v.                                )   **DISCOVERY CUTOFF AND DEADLINE**
                                          )   **FOR FILING PRETRIAL MOTIONS RE**
14 ASTOR HOLDINGS, INC. f/k/a PROFILE     )   **EXPERT WITNESSES**
   RECORDS, INC; ROBOT WARS LLC;          )
15 SMILE/ASTOR PLACE                      )   Hearing Type: FINAL PRETRIAL
   COMMUNICATIONS,                        )                 CONFERENCE
16                                        )   Date:  July 15, 2005
                Defendants.               )   Time:  1:30 p.m.
17 _____)   Ctrm:  A, 15th Floor
                                          )   Judge: Hon. Joseph C. Spero
18 And Related Counterclaims and Cross-Actions. )
   _____)   Trial Date: August 1, 2005
19

20

21       All parties hereto, by and through their attorneys of record, stipulate as follows:

22       1.   Under the existing Case Management and Pretrial Order, the parties have already

23 served their expert witness disclosures and F.R.Civ.P. Rule 26 Reports; the close of expert

24 discovery is June 17, 2005. Motions concerning the testimony or qualifications of experts are due

25 to be filed by June 24, 2005, along with all other pretrial materials and the Joint Pretrial

26 Conference Statement. The Final Pretrial Conference in this matter is July 15, 2005. Trial is

27 scheduled to commence on August 1, 2005.

28

**LAW OFFICES**
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

PT05-0000015
3042462.1

1

Case No. C-03-0440 JCS
STIPULATION AND ORDER RE EXPERTS

1  2.  The Court conducted a hearing on May 6, 2005 concerning the motions for
2 summary judgment filed by Steefel, Levitt & Weiss ("Steefel") and by William Pascoe and Pascoe
3 & Rafton ("Pascoe").  Although certain tentative rulings were announced, a formal Order has not
4 yet been issued by the Court.  Accordingly, the moving parties' expert witness disclosures
5 expressly reserved their rights to amend, modify or augment such disclosures, as necessary,
6 depending upon the Court's final Order in connection with the motions for summary judgment.

7  3.  Following the May 6th hearing, the Court ordered the parties to participate in a
8 further private mediation session before the Hon. Martin Quinn of JAMS in San Francisco.  That
9 further mediation is now scheduled on Monday, June 6, 2005 commencing at 1:00 p.m. at JAMS
10 in San Francisco.

11  **4.**  Counsel for the parties held their initial "Meet and Confer" session as to Pretrial
12 Conference matters and related pretrial materials on May 25, 2005.  Based upon counsel's current
13 understandings as to the schedules and availability of counsel and the parties' experts for
14 depositions, counsel agreed that in order to conduct the depositions of the parties' experts in an
15 efficient manner, after the pending mediation and in the same week, it would be necessary to
16 extend the expert discovery cutoff from Friday, June 17, 2005 to at least Friday, July 8, 2005.
17 This, in turn, would also require that the deadline for filing motions concerning the testimony or
18 qualifications of expert witnesses be extended from June 24, 2005 to July 11, 2005.

19  **5.**  Accordingly, the parties so stipulate to such extensions and request that the Court
20 approve their agreed-upon extensions of the expert discovery cutoff and the deadline to file
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

PT05-0000015
3042462.1

2

Case No.  C-03-0440 JCS
STIPULATION AND ORDER RE EXPERTS

motions concerning the testimony or qualifications of expert witnesses to, respectively, July 8 and July 11, 2005.

**IT IS SO STIPULATED.**

Dated: June 8, 2005                HAIGHT, BROWN & BONESTEEL LLP


By: /s/
   David W. Evans
   Scott M. Bloom
   Attorneys for Plaintiff and Counterdefendant
   **STEEFEL, LEVITT & WEISS, P.C.**

Dated: 06/08/05                    KING & KELLEHER LLP


By: /s/
   Edward Vincent King, Jr.
   Attorneys for Defendants, Counterclaimants
   and Counterdefendants **ASTOR HOLDINGS, INC., ROBOT WARS LLC; SMILE/ASTOR PLACE COMMUNICATIONS and STEVEN PLOTNICKI**

Dated: June7, 2005                 ROECA HAAS HAGER LLP


By: /s/
   Russell S. Roeca
   Edward D. Haas
   Attorneys for Counterdefendants and
   Counterclaimants
   **WILLIAM R. PASCOE AND PASCOE & RAFTON**

## ORDER

Based upon the foregoing stipulation of the parties and good cause appearing therefore, the expert discovery cutoff is extended to **July 8, 2005**. Any motions concerning the testimony or qualifications of any expert witness shall be filed electronically and served not later than **July 1,**

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

PT05-0000015
3042462.1

3

Case No. C-03-0440 JCS
STIPULATION AND ORDER RE EXPERTS

1  **2005**; copies of any such motions shall also be delivered to the Court's Chambers on July 1, 2005.
2  The deadline for filing opposition papers to the expert motions is **July 5, 2005**. No reply briefs
3  shall be permitted.
4      All other pretrial materials shall be filed as scheduled on or before June 24, 2005; all other
5  pretrial deadlines shall remain unchanged.
6      **AS MODIFIED BY THE COURT, IT IS SO ORDERED.**
7
8  Dated: June 13, 2005

                                                          /s/ Joseph C. Spero
                                                        Hon. Joseph C. Spero
                                                        United States Magistrate Judge

**LAW OFFICES**
HAIGHT, BROWN & BONESTEEL, L.L.P.
San Francisco

PT05-0000015
3042462.1

4

Case No. C-03-0440 JCS
STIPULATION AND ORDER RE EXPERTS