**United States District Court**
For the Northern District of California

1
2
3
4                  UNITED STATES DISTRICT COURT
5                NORTHERN DISTRICT OF CALIFORNIA
6
7   STEEFEL, LEVITT & WEISS,              Case No. C-03-0440 JCS
8              Plaintiff(s),
9        v.                               **ORDER ADVANCING FILING DATE TO JUNE 23, 2005, FOR ALL FINAL PRETRIAL DOCUMENTS**
10  ASTOR HOLDINGS, INC., ET AL.,
11             Defendant(s).
12  _____/
13          On June 17, 2005, the Court orally ordered the parties to file their Final Pretrial Conference
14  documents one day early on **June 23, 2005, by 5:00 p.m.**
15          IT IS SO ORDERED.
16
17  Dated:  June 23, 2005
18                                  /s/ Joseph C. Spero
                                    JOSEPH C. SPERO
19                                  United States Magistrate Judge
20
21
22
23
24
25
26
27
28