United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEEFEL, LEVITT & WEISS, | Case No. C-03-0440 JCS |
| Plaintiff(s), | |
| v. | **ORDER REGARDING VIOLATION OF COURT'S ORDER** |
| ASTOR HOLDINGS, INC., ET AL., | |
| Defendant(s). | |

On June 23, 2005, the parties have violated the Court's Case Management and Pretrial Order as follows:

1. The parties did not serve a joint pretrial conference statement.

2. The parties did not serve joint proposed jury instructions.

Accordingly, IT IS HEREBY ORDERED THAT lead trial counsel for all parties shall meet and confer, **in person**, within two (2) Court days of this Order and prepare and file a joint pretrial conference statement and jointly agreed upon jury instructions in this case. With respect to each jury instruction on which counsel do not agree, each party shall submit a separate page describing the dispute on such instruction between the parties and the legal basis for their position.

IT IS SO ORDERD.

Dated: June 23, 2005

/s/ Joseph C. Spero
JOSEPH C. SPERO
United States Magistrate Judge