1  David W. Evans (Bar No. 79466)
   Scott M. Bloom (Bar No. 183891)
2  HAIGHT, BROWN & BONESTEEL, L.L.P.
   100 Bush Street, 27th Floor
3  San Francisco, California 94104-3967
   Telephone: (415) 986-7700
4  Facsimile: (415) 986-6945

5  Attorneys for Plaintiff and Counterdefendant
   STEEFEL, LEVITT & WEISS, A Professional Corporation
6

7  Edward D. Haas (Bar No. 76647)
   Russell S. Roeca (Bar No. 97297)
8  ROECA HAAS HAGER LLP
   180 Sutter Street, Suite 200
9  San Francisco, California 94104
   Telephone: (415) 352-0980
10 Facsimile: (415) 352-0988

11 Attorneys for Counterdefendants and Countercomplainants
   WILLIAM R. PASCOE and PASCOE & RAFTON
12

13 Edward Vincent King, Jr. (State Bar No. 085726)
   KING & KELLEHER LLP
14 20 California Street, 7th Floor
   San Francisco, California 94111
15 Telephone: (415) 781-2888
   Facsimile: (415) 781-3011
16
   Attorneys for Defendants, Counterclaimants and Counterdefendant
17 ASTOR HOLDINGS, INC., ROBOT WARS LLC, SMILE/ASTOR PLACE
   COMMUNICATIONS and STEVEN PLOTNICKI
18

19                    UNITED STATES DISTRICT COURT

20                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 21  STEEFEL, LEVITT & WEISS, A Professional Corporation, | Case No. C-03-0440 JCS |
| 22 | **STIPULATION AND ORDER RE AUTHENTICITY OF DOCUMENTS FOR PURPOSES OF TRIAL** |
| 23        Plaintiff, v. | |
| 24  ASTOR HOLDINGS, INC. f/k/a PROFILE RECORDS, INC, et al., | Hearing Type: PRETRIAL CONFERENCE<br>Date: July 1, 2005 |
| 25 | Time: 1:30 p.m. |
| 26        Defendants. | Ctrm: A, 15th Floor<br>Judge: Hon. Joseph C. Spero |
| 27  AND RELATED CROSS-CLAIMS AND COUNTER-CLAIMS. | Trial Date: August 1, 2005 |
| 28 | |

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
San Francisco

PT05-0000015
3052760.1

1

Case No. C-03-0440 JCS
STIPULATION AND ORDER RE
AUTHENTICITY OF DOCUMENTS

The parties hereto, by and through their counsel of record, hereby stipulate as follows:

1. The parties have designated certain exhibits for purposes of trial as "JOINT" exhibits. (See Exhibit "B" to July 1, 2005 Joint Pretrial Statement.)

2. As to all such JOINT exhibits, the parties hereby stipulate that such documents may be admitted in evidence at trial for all purposes.

3. The parties also intend and agree that any and all documents produced by the parties during this litigation, whether pursuant to F.R.Civ.P. 26 or otherwise, and including those documents produced by non-party Duane Morris LLP, shall not be challenged on grounds of lack of authentication. Accordingly, as to all such documents produced by the parties during this litigation, including documents produced by non-party Duane Morris LLP, the parties hereby stipulate to the authenticity of all such documents. For purposes of such stipulation, all hearing, trial and deposition transcripts, pleadings, exhibits, correspondence and e-mails from any and all of the underlying actions[1] shall be included and deemed to be authentic.

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] The term "underlying actions" means and includes, for purposes of this Stipulation, the following actions: (a) *In Re: Marc Thorpe and Denise Thorpe, Debtors*, United States Bankruptcy Court, Northern District of California, Chapter 11 Case No. 98-11963; (b) *Marc Thorpe and Denise Thorpe, Debtors v. Profile Holdings, Inc. et al*, United States Bankruptcy Court, Northern District of California, Adversary Proceeding No. 00-1031; (c) *Marc Thorpe and Denise Thorpe, Debtors, v. Robot Wars, LLC, Fran Jacobs, Duane Morris & Heckscher, LLP, Astor Holdings, and Steven Plotnicki*, United States Bankruptcy Court, Northern District of California, Adversary Proceeding No. 01-1061; (d) Appeals to the Bankruptcy Appellate Panel of the Ninth Circuit, BAP Nos. NC-01-1257 ("*Robot Wars, LLC v. Thorpe*"), and NC-01-1535 ("*Astor Holdings, Inc. v. Thorpe*"); (e) Cross-appeals to the United States District Court, Northern District of California, Case Nos. C 00-3761 MJJ and C 00-3923 MJJ ("*Thorpe v. Astor Holdings, Inc.*") and related cross-appeals to the United States Court of Appeals for the Ninth Circuit, No. 01-16506; (f) *Robot Wars LLC v. Marc Thorpe*, United States District Court, Southern District of New York, Case No. 01 CV 3195; and (g) *Astor Holdings, Inc., et al. v. Roski*, United States District Court, Southern District of New York, Case No. 01 CV 1905.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

PTD5-0000015
3052760.1

2

Case No. C-03-0440 JCS
STIPULATION AND ORDER RE
AUTHENTICITY OF DOCUMENTS

1    4.   Notwithstanding such stipulation, however, the parties intend to preserve any and
2  all other objections they have or may have as to the admissibility at trial of all such documents,
3  and, accordingly, stipulate and agree that this Stipulation is without waiver of all such objections.
4       **IT IS SO STIPULATED.**
5  Dated: _____                HAIGHT BROWN & BONESTEEL LLP
6
7                                               By: _____
                                                 David W. Evans
8                                                Scott M. Bloom
                                                 Attorneys for Plaintiff and Counterdefendant
9                                                **STEEFEL, LEVITT & WEISS, A
                                                 Professional Corporation**
10
11 Dated: July 15, 2005                          ROECA HAAS HAGER LLP
12
13                                               By: _____
                                                 Edward D. Haas
14                                               Russell S. Roeca
                                                 Attorneys for Counterdefendants and
15                                               Counterclaimants **PASCOE & RAFTON
                                                 and WILLIAM PASCOE**
16
   Dated: _____                KING & KELLEHER LLP
17
18
19                                               By: _____
                                                 Edward Vincent King
                                                 Attorneys for Defendants, Counterclaimants
20                                               and Counterdefendant **ASTOR
                                                 HOLDINGS, INC., et al.**
21
22                              **ORDER**
23       Based upon the foregoing Stipulation of the parties, and good cause appearing therefor, the
24 Court adopts such Stipulation as its Order.
25       **IT IS SO ORDERED.**
26
27 Dated: _____
                                                 Hon. Joseph C. Spero
28                                               United States Magistrate Judge

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

PT05-0000015
B052760.1

3

Case No. C-03-0440 JCS
STIPULATION AND ORDER RE
AUTHENTICITY OF DOCUMENTS

4. Notwithstanding such stipulation, however, the parties intend to preserve any and all other objections they have or may have as to the admissibility at trial of all such documents, and, accordingly, stipulate and agree that this Stipulation is without waiver of all such objections.

IT IS SO STIPULATED.

Dated: _____

HAIGHT BROWN & BONESTEEL LLP

By: _____
David W. Evans
Scott M. Bloom
Attorneys for Plaintiff and Counterdefendant
**STEEFEL, LEVITT & WEISS, A Professional Corporation**

Dated: _____

ROECA HAAS HAGER LLP

By: _____
Edward D. Haas
Russell S. Rocca
Attorneys for Counterdefendants and Counterclaimants **PASCOE & RAFTON** and **WILLIAM PASCOE**

Dated: 7/15/05

KING & KELLEHER LLP

By: _____ /s/
Edward Vincent King
Attorneys for Defendants, Counterclaimants and Counterdefendant **ASTOR HOLDINGS, INC.,** et al.

## ORDER

Based upon the foregoing Stipulation of the parties, and good cause appearing therefor, the Court adopts such Stipulation as its Order.

IT IS SO ORDERED.

Dated: _____

Hon. Joseph C. Spero
United States Magistrate Judge

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.      PT05-0000015

Case No. C-03-0440 JCS
STIPULATION AND ORDER RE
AUTHENTICITY OF DOCUMENTS

Received  Jul-15-2005  09:54am    From-415 781 3011    To-Haight Brown & Bones    Page 004

4. Notwithstanding such stipulation, however, the parties intend to preserve any and all other objections they have or may have as to the admissibility at trial of all such documents, and, accordingly, stipulate and agree that this Stipulation is without waiver of all such objections.

**IT IS SO STIPULATED.**

Dated: July 15, 2005

HAIGHT BROWN & BONESTEEL LLP

By: /s/ David W. Evans
David W. Evans
Scott M. Bloom
Attorneys for Plaintiff and Counterdefendant
**STEEFEL, LEVITT & WEISS, A Professional Corporation**

Dated: _____

ROECA HAAS HAGER LLP

By: _____
Edward D. Haas
Russell S. Roeca
Attorneys for Counterdefendants and Counterclaimants **PASCOE & RAFTON and WILLIAM PASCOE**

Dated: _____

KING & KELLEHER LLP

By: _____
Edward Vincent King
Attorneys for Defendants, Counterclaimants and Counterdefendant **ASTOR HOLDINGS, INC., et al.**

## ORDER

Based upon the foregoing Stipulation of the parties, and good cause appearing therefor, the Court adopts such Stipulation as its Order.

**IT IS SO ORDERED.**

Dated: 7/15/05

_____
Hon. Joseph C. Spero
United States Magistrate Judge

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

PT05-0000015
3052760.1

3

Case No. C-03-0440 JCS
STIPULATION AND ORDER RE
AUTHENTICITY OF DOCUMENTS