David W. Evans (Bar No. 79466)
Scott M. Bloom (Bar No. 183891)
HAIGHT, BROWN & BONESTEEL, L.L.P.
100 Bush Street, 27th Floor
San Francisco, California 94104-3967
Telephone: (415) 986-7700
Facsimile: (415) 986-6945

Attorneys for Plaintiff/Counterdefendant
**STEEFEL, LEVITT & WEISS, A Professional Corporation**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEEFEL, LEVITT & WEISS, A Professional Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ASTOR HOLDINGS, INC. f/k/a PROFILE RECORDS, INC; ROBOT WARS LLC; SMILE/ASTOR PLACE COMMUNICATIONS; and STEVEN PLOTNICKI, an Individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C-03-0440 JCS<br><br>**[PROPOSED]**<br>**ORDER GRANTING USE OF TECHNOLOGY IN THE COURTROOM FOR TRIAL**<br><br>Hearing Type: FURTHER PRETRIAL CONFERENCE<br>Date: July 27, 2005<br>Time: 1:30 p.m.<br>Ctrm: A, 15th Floor<br><br>Complaint Filed: February 3, 2003<br>Trial Date: August 1, 2005 |

This matter is scheduled for trial August 1, 2005, before the Honorable Joseph C. Spero. Plaintiff and Counterdefendant Steefel Levitt & Weiss ("Steefel") and Counterdefendants and Counter-complainants Pascoe & Rafton and William R. Pascoe ("Pascoe") wish to utilize the following technology within the courtroom during the course of trial:

- ELMO HV-5000
- Viewsonic 15" Flatpanel Displays
- Proxima high-lumens Projector
- Da-lite 8' Projection Screen
- Extron ADA 6 Distribution Amps
- Extron 4x1 Switcher
- Hardboard Demonstrative Exhibits and Easels
- Shure Mixer
- Anchor Powered Speakers
- Laptop computer(s)

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
San Francisco

PT05-0000015
3055335.1

1

Case No. C-03-0440 JCS
ORDER RE USE OF TECHNOLOGY IN COURTROOM FOR TRIAL

1  In addition to the foregoing, various tools to facilitate the set-up and/or disassembly of such
2  equipment, including screwdrivers, wrenches and the like.  Set-up for the equipment is proposed
3  to commence after all Court business is concluded on the first Court day prior to the scheduled
4  trial date, i.e., Friday, July 29, 2005; it is anticipated that set-up may commence at approximately
5  2:00 pm.  Said parties have no objection if counsel for the Astor Parties wishes to use any of said
6  equipment during trial (with the exception of laptop computers) provided, however, that counsel
7  for the Astor Parties agrees to bear the applicable proportion of the cost of such equipment as is
8  used by him during trial.

9  Based upon the foregoing, and good cause therefore appearing, the request of Steefel and
10 Pascoe to utilize the above-described technology during the trial of this matter is GRANTED.
11 Counsel for the Astor Parties may also utilize such equipment, with the exception of laptop
12 computers, provided appropriate prior arrangements are made with counsel for Steefel and Pascoe
13 regarding proportionate cost-sharing for such equipment as is used in such manner.

14 Counsel for Steefel and Pascoe shall be permitted access to Courtroom A on the 15th floor
15 on July 29, 2005 after all Court business is concluded to set-up the foregoing technology and
16 equipment and may bring the following into Courtroom A for the duration of the trial:

1. ELMO HV-5000;
2. Viewsonic 15" Flatpanel Displays;
3. Proxima high-lumens Projector;
4. Da-lite 8' Projection Screen;
5. Extron ADA 6 Distribution Amps;
6. Extron 4x1 Switcher;
7. Hardboard demonstrative exhibits and easel(s);
8. Shure Mixer;
9. Anchor Powered Speakers;
10. Laptop computer(s);
11. Tools, such as screwdrivers and/or wrenches, for assembling/disassembling equipment.

Counsel are directed to contact the Court's Deputy Clerk for access.

IT IS SO ORDERED.

Dated: July 27, 2005         /s/ Joseph C. Spero
                             United States Magistrate Judge

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

PT05-0000015
3055335.1

2

Case No.  C-03-0440 JCS
ORDER RE USE OF TECHNOLOGY IN
COURTROOM FOR TRIAL