UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEEFEL LEVITT & WEISS, | Case No. C03-0440 JCS |
| Plaintiff(s), | |
| v. | **ORDER** |
| ASTOR HOLDINGS, INC., ET AL., | |
| Defendant(s). | |
| _____/ | |

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily morning refreshments and pastries for the members of the jury in the above-entitled matter beginning **August 2, 2005, at 8:00 a.m.**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

IT IS SO ORDERED.

Dated: July 29, 2005

/s/ Joseph C. Spero
JOSEPH C. SPERO
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEEFEL LEVITT & WEISS, | Case No. C03-0440 JCS |
| Plaintiff(s), | |
| v. | **ORDER** |
| ASTOR HOLDINGS, INC., ET AL., | |
| Defendant(s). | |

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily morning refreshments and pastries for the members of the jury in the above-entitled matter beginning **August 2, 2005, at 8:00 a.m.**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

IT IS SO ORDERED.

Dated: July 29, 2005

/s/ Joseph C. Spero
JOSEPH C. SPERO
United States Magistrate Judge