| | |
|---|---|
| 1 | David W. Evans (Bar No. 79466) |
| | Scott M. Bloom (Bar No. 183891) |
| 2 | HAIGHT, BROWN & BONESTEEL, L.L.P. |
| | 100 Bush Street, 27th Floor |
| 3 | San Francisco, California 94104-3967 |
| | Telephone: (415) 986-7700 |
| 4 | Facsimile: (415) 986-6945 |
| 5 | Attorneys for Plaintiff and Counterdefendant |
| | **STEEFEL, LEVITT & WEISS, A Professional Corporation** |
| 6 | |
| 7 | Edward D. Haas (Bar No. 76647) |
| | Russell S. Roeca (Bar No. 97297) |
| 8 | ROECA HAAS HAGER LLP |
| | 180 Sutter Street, Suite 200 |
| 9 | San Francisco, California 94104 |
| | Telephone: (415) 352-0980 |
| 10 | Facsimile: (415) 352-0988 |
| 11 | Attorneys for Counterdefendants and Countercomplainants |
| | **WILLIAM R. PASCOE and PASCOE & RAFTON** |
| 12 | |
| 13 | Edward Vincent King, Jr. (State Bar No. 085726) |
| | KING & KELLEHER LLP |
| 14 | 20 California Street, 7th Floor |
| | San Francisco, California 94111 |
| 15 | Telephone: (415) 781-2888 |
| | Facsimile: (415) 781-3011 |
| 16 | |
| | Attorneys for Defendants, Counterclaimants and Counterdefendant |
| 17 | **ASTOR HOLDINGS, INC., ROBOT WARS LLC, SMILE/ASTOR PLACE COMMUNICATIONS and STEVEN PLOTNICKI** |
| 18 | |
| 19 | UNITED STATES DISTRICT COURT |
| 20 | NORTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 21 | STEEFEL, LEVITT & WEISS, A Professional Corporation, | Case No. C-03-0440 JCS |
| 22 | | **STIPULATION AND ORDER RE UNDISPUTED FACTS** |
| 23 | Plaintiff, | |
| | v. | Judge: Hon. Joseph C. Spero |
| 24 | ASTOR HOLDINGS, INC. f/k/a PROFILE RECORDS, INC, et al., | Trial Date: August 1, 2005 |
| 25 | | |
| 26 | Defendants. | |
| 27 | AND RELATED CROSS-CLAIMS AND COUNTER-CLAIMS. | |
| 28 | | |

**LAW OFFICES**
HAIGHT, BROWN & BONESTEEL, L.L.P.
San Francisco

PT05-0000015
3056088.1

1

Case No. C-03-0440 JCS
STIPULATION AND ORDER RE
UNDISPUTED FACTS

The parties hereto, by and through their counsel of record, hereby stipulate that the attached listing of Undisputed Facts are agreed to for purposes of trial and will therefore be deemed to have been proven as if found to be true by the trier of fact. During trial, said listing of Undisputed Facts shall be read to the jury by the Court in connection with the giving of jury instructions, prior to closing arguments, and will thereafter be given to the jury for their deliberations along with all exhibits admitted in evidence.

Dated: July 29, 2005     HAIGHT BROWN & BONESTEEL LLP

By: /s/ David W. Evans
David W. Evans
Scott M. Bloom
Attorneys for Plaintiff and Counterdefendant
**STEEFEL, LEVITT & WEISS, A Professional Corporation**

Dated: July 29, 2005     ROECA HAAS HAGER LLP

By: /s/ Russell S. Roeca
Edward Haas
Russell S. Roeca
Attorneys for Counterdefendants and Countercomplainants **WILLIAM R. PASCOE AND PASCOE & RAFTON**

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**LAW OFFICES**
HAIGHT, BROWN & BONESTEEL, L.L.P.
San Francisco

PT05-0000015
3056088.1

2

Case No. C-03-0440 JCS
STIPULATION AND ORDER RE
UNDISPUTED FACTS

| | | |
|---|---|---|
| 1 | Dated: July 29, 2005 | ROECA HAAS HAGER LLP |
| 2 | | |
| 3 | | By: /s/ Edward Vincent King, Jr. |
| 4 | | Edward Vincent King, Jr.<br>Attorneys for Defendants, Counterclaimants and Counterdefendant **ASTOR HOLDINGS, INC., ROBOT WARS LLC, SMILE/ASTOR PLACE COMMUNICATIONS and STEVEN PLOTNICKI** |

## **ORDER**

Based upon the foregoing stipulation of the parties, and good cause therefore appearing, the Court adopts the parties' stipulation as its Order. The listing of Undisputed Facts attached hereto shall be read to the jury by the Court in connection with the giving of jury instructions, prior to closing arguments, and will thereafter be given to the jury for their deliberations along with all exhibits admitted in evidence.

IT IS SO ORDERED.

Dated: 8/1/05                    /s/ Joseph C. Spero
                                 United States Magistrate Judge

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

PT05-0000015
3056088.1

3

Case No. C-03-0440 JCS
STIPULATION AND ORDER RE
UNDISPUTED FACTS

# UNDISPUTED FACTS

1. On July 22, 1994, Marc Thorpe ("Thorpe") and Profile Records, Inc. entered into a Joint Venture Agreement to form an entity known as Robot Wars.

2. On July 25, 1997, Profile Records, Inc. sued Marc Thorpe for damages and injunctive relief in an action entitled *Profile Records, Inc. v. Marc Thorpe et al*, United States District Court, Southern District of New York, No. 97 CIV 5536.

3. Fran Jacobs of the New York office of Duane Morris, LLP, represented Astor in the 1997 lawsuit against Thorpe.

4. On May 27, 1998, Thorpe filed for bankruptcy protection in the United States Bankruptcy Court for the Northern District of California, Santa Rosa Division, entitled *In re Marc and Denise Thorpe*, United States Bankruptcy Court, Northern District of California, Santa Rosa Division, Chapter 11 Case No. 98-11963.

5. William R. Pascoe and his law firm, Pascoe & Rafton ("Pascoe") were retained by Profile Records, Inc., on June 10, 1998 to obtain relief from the automatic stay in order for Profile to continue prosecution of its action against Thorpe in New York.

6. Astor Holdings, Inc. is the successor in interest of Profile Holdings, Inc. which is the successor-in-interest of Profile Records, Inc.

7. In March 1999, the Bankruptcy Court approved a settlement of Thorpe's and Astor's dispute in the Bankruptcy Court.

8. On August 8, 2000, Judge Alan Jaroslovsky of the United States Bankruptcy Court, Northern District of California, Santa Rosa Division, issued an order which found that Thorpe, alone, had breached the 1999 settlement agreement. The Court awarded damages to Thorpe, however, in the amount of $24,333. This Order was the subject of a Judgment entered on August 18, 2000.

9. Astor, through Duane Morris, contacted Steefel, Levitt & Weiss ("Steefel") shareholder Harvey S. Schochet on or about August 15, 2000 to discuss the filing of an appeal of Judge Jaroslovsky's ruling of August 8, 2000.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

PT05-0000015
3056088.1

4

Case No. C-03-0440 JCS
STIPULATION AND ORDER RE
UNDISPUTED FACTS

10. Astor and Robot Wars agreed to retain Steefel to pursue such an appeal; such engagement was later memorialized pursuant to written engagement letters dated August 21, 2001. These written agreements were executed by Steven Plotnicki for Astor and Robot Wars; they expressly applied to the terms of Steefel's representation from and after August 2000.

11. On January 25, 2001, Thorpe filed a proposed Second Amended Plan of Reorganization ("Plan") in the core bankruptcy action.

12. In March and April 2001, Jacobs of Duane Morris researched and prepared a complaint against Thorpe to be filed in the United States District Court in New York.

13. Harvey Schochet received a copy of the complaint against Thorpe before it was filed and, based on Jacobs' limited request for input as to venue and jurisdictional matters, provided comments and suggestions as to only such matters.

14. Pascoe was never provided with a draft of the complaint or otherwise reviewed the lawsuit entitled *Robot Wars, LLC v. Marc Thorpe*, S.D.N.Y., Case No. 01CV3195, before it was filed by attorney Fran Jacobs.

15. On April 13, 2001, Pascoe, on behalf of Astor, filed objections to Thorpe's Plan.

16. Jacobs of Duane Morris filed a complaint against Thorpe on April 16, 2001, entitled *Robot Wars LLC v. Marc Thorpe*, United States District Court, Southern District of New York, Action No. 01-CIV-3195 ("Thorpe Action").

17. Neither Steefel nor Pascoe appeared as counsel of record in the Thorpe Action.

18. On April 26, 2001, Thorpe's counsel demanded that Jacobs, on behalf of Astor (Robot Wars) dismiss the action filed against Thorpe in New York.

19. On April 30, 2001, Judge Jaroslovsky entered a formal Order confirming Thorpe's Plan.

20. On April 30, 2001, Thorpe's counsel again demanded that Astor dismiss the action filed against Thorpe in New York and threatened to seek damages for contempt if such demand was not met.

21. The action against Thorpe in New York was not dismissed in response to the demands made by Thorpe's counsel.

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
San Francisco

PT05-0000015
3056088.1

5

Case No. C-03-0440 JCS
STIPULATION AND ORDER RE UNDISPUTED FACTS

22. On May 3, 2001, on Astor's behalf, Jacobs wrote to Thorpe's counsel and offered an "open" extension of time for Thorpe to respond to the Thorpe Action.

23. On May 3, 2001, Thorpe commenced an Adversary Proceeding in the United States Bankruptcy Court, Santa Rosa Division, entitled *Marc and Denise Thorpe v. Robot Wars, LLC, Fran Jacobs, Duane Morris & Heckscher, Astor Holdings and Steven Plotnicki*, AP No. 01-1061.

24. On May 11, 2001, Judge Jaroslovsky issued a Memorandum of Decision granting a preliminary injunction and enjoining further prosecution of the Thorpe Action.

25. On May 25, 2001, Astor filed an appeal to the Bankruptcy Appellate Panel of the Ninth Circuit of Judge Jaroslovsky's Memorandum Order granting a preliminary injunction enjoining prosecution of the Thorpe Action.

26. On July 2, 2001, the United States District Court, Northern District of California, the Hon. Martin Jenkins, issued an Order reversing Judge Jaroslovsky's August 8, 2000 Order and remanding the matter to Judge Jaroslovsky for further proceedings.

27. On October 21, 2001, on Astor's behalf, Steefel filed a Notice of Appeal to the Bankruptcy Appellate Panel from the Order Confirming Debtor's (Thorpe's) Plan of Reorganization.

28. On October 24, 2001, Astor filed an Emergency Motion for Stay of Implementation of Debtor's Plan of Reorganization before the Bankruptcy Appellate Panel of the Ninth Circuit.

29. On November 13, 2001, Astor's President, Steve Plotnicki, entered into a settlement-in-principle of all proceedings with Thorpe and placed the terms on the record before Judge Jaroslovsky.

30. On November 16, 2001, the Bankruptcy Appellate Panel of the Ninth Circuit issued an Order Granting the Emergency Motion for Stay of any acts either implementing or enforcing the Thorpe Plan, without bond.

**LAW OFFICES**
HAIGHT, BROWN & BONESTEEL, L.L.P.
San Francisco

PT05-0000015
3056088.1

6

Case No. C-03-0440 JCS
STIPULATION AND ORDER RE UNDISPUTED FACTS