1 | David W. Evans (Bar No. 79466)
Scott M. Bloom (Bar No. 183891)
2 | HAIGHT, BROWN & BONESTEEL, L.L.P.
100 Bush Street, 27th Floor
3 | San Francisco, California 94104-3967
Telephone: (415) 986-7700
4 | Facsimile: (415) 986-6945

**ORIGINAL**

5 | Attorneys for Plaintiff and Counterdefendant
**STEEFEL, LEVITT & WEISS, A Professional Corporation**

6

7 | Edward D. Haas (Bar No. 76647)
Russell S. Roeca (Bar No. 97297)
8 | ROECA HAAS HAGER LLP
180 Sutter Street, Suite 200
9 | San Francisco, California 94104
Telephone: (415) 352-0980
10 | Facsimile: (415) 352-0988

11 | Attorneys for Counterdefendants and Countercomplainants
**WILLIAM R. PASCOE and PASCOE & RAFTON**
12

13 | Edward Vincent King, Jr. (State Bar No. 085726)
KING & KELLEHER LLP
14 | 20 California Street, 7th Floor
San Francisco, California 94111
15 | Telephone: (415) 781-2888
Facsimile: (415) 781-3011
16
Attorneys for Defendants, Counterclaimants and Counterdefendant
17 | **ASTOR HOLDINGS, INC., ROBOT WARS LLC, SMILE/ASTOR PLACE COMMUNICATIONS and STEVEN PLOTNICKI**
18

19 | UNITED STATES DISTRICT COURT

20 | NORTHERN DISTRICT OF CALIFORNIA

21 | STEEFEL, LEVITT & WEISS, A Professional ) Case No. C-03-0440 JCS
Corporation, )
22 | ) **STIPULATION AND ORDER RE**
Plaintiff, ) **VERDICT FORM AND JOINT JURY**
23 | v. ) **INSTRUCTIONS**
)
24 | ASTOR HOLDINGS, INC. f/k/a PROFILE ) Judge: Hon. Joseph C. Spero
RECORDS, INC, et al., )
25 | ) Trial Date: August 1, 2005
Defendants. )
26 | _____)
)
27 | AND RELATED CROSS-CLAIMS AND )
COUNTER-CLAIMS. )
28 | _____)

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

PT05-0000015
3058037.1

1

Case No. C-03-0440 JCS
STIPULATION AND ORDER RE VERDICT
FORM AND JOINT JURY INSTRUCTIONS

1  The parties hereto, by and through their counsel of record, hereby stipulate and agree that
2  the Jury Verdict Form and Joint Jury Instructions submitted to the Court on August 5, 2005 reflect
3  the final, consensus view of the parties who have also agreed that the content of such documents
4  may be submitted and/or read to the Jury without prejudice to counsel's right to request
5  modifications if the evidence at trial hereafter so warrants.

6  Dated: 8/8/05

HAIGHT BROWN & BONESTEEL LLP

By: [signature]
David W. Evans
Scott M. Bloom
Attorneys for Plaintiff and Counterdefendant
STEEFEL, LEVITT & WEISS

11  Dated: 8.8.05

~~ROECA HAAS~~ HAGER LLP

By: [signature]
Edward Haas
Russell Roeca
Attorneys for Defendants/Counterclaimants
PASCOE & RAFTON and WILLIAM PASCOE

17  Dated: 8/8/05

KING & KELLEHER LLP

By: [signature]
Edward Vincent King
Attorneys for Defendants and
Counterclaimants ASTOR HOLDINGS, INC. f/k/a PROFILE HOLDINGS, INC., ROBOT WARS, LLC and STEVEN PLOTNICKI

**ORDER**

IT IS SO ORDERED.

Dated: 8/8/05

[signature]
United States Magistrate Judge

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

PT05-0000015
3058037.1

2

Case No. C-03-0440 JCS
STIPULATION AND ORDER RE VERDICT
FORM AND JOINT JURY INSTRUCTIONS