1  David W. Evans (Bar No. 79466)
   Scott M. Bloom (Bar No. 183891)
2  HAIGHT, BROWN & BONESTEEL, L.L.P.
   100 Bush Street, 27th Floor
3  San Francisco, California 94104-3967
   Telephone: (415) 986-7700
4  Facsimile: (415) 986-6945

5  Attorneys for Plaintiff/Counterdefendant
   **STEEFEL, LEVITT & WEISS, A Professional**
6  **Corporation**

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 STEEFEL, LEVITT & WEISS, A Professional )   Case No. C-03-0440 JCS
   Corporation,                            )
12                                         )   [~~PROPOSED~~]
           Plaintiff,                      )   **ORDER GRANTING REMOVAL OF**
13     v.                                  )   **TECHNOLOGY FROM THE**
                                           )   **COURTROOM FOR TRIAL**
14 ASTOR HOLDINGS, INC. f/k/a PROFILE      )
   RECORDS, INC; ROBOT WARS LLC;           )   Hearing Type: TRIAL
15 SMILE/ASTOR PLACE                       )   Date:    August 11, 2005
   COMMUNICATIONS; and STEVEN              )   Time:    8:15 a..m.
16 PLOTNICKI, an Individual,               )   Ctrm:    A, 15th Floor
                                           )
17         Defendants.                     )   Complaint Filed: February 3, 2003
                                           )   Trial Date:      August 1, 2005
18 _____)
                                           )
19 AND RELATED COUNTERCLAIMS.              )
   _____)

20     This matter was scheduled for trial August 1, 2005, before the Honorable Joseph C. Spero.

21 Plaintiff and Counterdefendant Steefel Levitt & Weiss ("Steefel") and Counterdefendants and

22 Counter-complainants Pascoe & Rafton and William R. Pascoe ("Pascoe") utilized the following

23 technology within the courtroom during the course of trial:

24     - ELMO HV-5000
       - Viewsonic 15" Flatpanel Displays
25     - Proxima high-lumens Projector
       - Da-lite 8' Projection Screen
26     - Extron ADA 6 Distribution Amps
       - Extron 4x1 Switcher
27     - Hardboard Demonstrative Exhibits and Easels
       - Shure Mixer
28     - Anchor Powered Speakers
       - Laptop computer(s)

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

PT05-0000015
3059099.1

1

Case No. C-03-0440 JCS
ORDER RE USE OF TECHNOLOGY IN
COURTROOM FOR TRIAL

1  In addition to the foregoing, various tools to facilitate the set-up and/or disassembly of such
2  equipment, including screwdrivers, wrenches and the like.  Removal of the equipment is proposed
3  to commence after the case has been submitted to the jury, most likely Thursday August 11, 2005;
4  it is anticipated that removal and disassembly may commence once all Court matters are
5  concluded.

6        Based upon the foregoing, and good cause therefore appearing, the request of Steefel to
7  remove / disassemble the above-described technology after the trial of this matter is GRANTED.

8        Counsel for Steefel shall be permitted access to Courtroom A on the 15th floor on August
9  11, 2005 after all Court business is concluded to remove / disassemble the foregoing technology
10 and equipment and may remove the following from Courtroom A at the conclusion of trial:

1. ELMO HV-5000;
2. Viewsonic 15" Flatpanel Displays;
3. Proxima high-lumens Projector;
4. Da-lite 8' Projection Screen;
5. Extron ADA 6 Distribution Amps;
6. Extron 4x1 Switcher;
7. Hardboard demonstrative exhibits and easel(s);
8. Shure Mixer;
9. Anchor Powered Speakers;
10. Laptop computer(s);
11. Tools, such as screwdrivers and/or wrenches, for assembling/disassembling equipment.

18 Counsel are directed to contact the Court's Deputy Clerk for access.
19 IT IS SO ORDERED.

21 Dated: 8/11/05

                         United States Magistrate Judge

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

PT05-0000015
3059099.1

2

Case No.  C-03-0440 JCS
ORDER RE USE OF TECHNOLOGY IN
COURTROOM FOR TRIAL