**United States District Court**
For the Northern District of California

1
2
3
4　　　　　　　　　　　UNITED STATES DISTRICT COURT
5　　　　　　　　　　NORTHERN DISTRICT OF CALIFORNIA
6
7　STEEFEL, LEVITT & WEISS,　　　　　　Case No. C03-0440 JCS
8　　　　　　Plaintiff(s),　　　　　　**ORDER DENYING PLAINTIFF'S
　　　　　　　　　　　　　　　　　　　MOTION FOR ATTORNEYS' FEES**
9　　　v.　　　　　　　　　　　　　　**[Docket No. 262]**
10　ASTOR HOLDINGS, INC., ET AL.,
11　　　　　　Defendant(s).
12　_____/
13　　　　　On September 2, 2005, Plaintiff Steefel, Levitt & Weiss filed a Motion for Attorneys' Fees (the
14　"Motion").
15　　　　　On December 2, 2005, a hearing was held on the Motion.  David Evans and Scott Bloom
16　appeared for Plaintiff.  Russ Roeca appeared for the Pascoe Defendants.  Edward King appeared for the
17　Astor Defendants.
18　　　　　For reasons stated on the record, and good cause shown,
19　　　　　IT IS HEREBY ORDERED that the Motion is DENIED.
20　　　　　IT IS SO ORDERED.
21
22　Dated: December 6, 2005
23　　　　　　　　　　　　　　　　　_____
24　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　United States Magistrate Judge
25
26
27
28