Case 3:03-cv-00440   Document 302   Filed 01/19/2006   Page 1 of 4

1 | ELLIOT L. BIEN (SB # 90744)
BIEN & SUMMERS LLP
2 | 23 Palomino Road
Novato, California 94947
3 | Telephone: (415) 898-2900
Facsimile: (415) 898-1922
4 | E-mail: ELBien@comcast.net

5 | EDWARD VINCENT KING, JR. (SB # 85726)
KING & KELLEHER LLP
6 | 20 California Street, 7th Floor
San Francisco, CA 94111
7 | Telephone: (415) 781-2888
Facsimile: (415) 781-3011
8 | E-mail: evking@kingandkelleher.com

9 | Attorneys for Defendants/Counterclaimants
ASTOR HOLDINGS, INC., and ROBOT WARS,
10 | LLC; Counterdefendant STEVEN PLOTNICKI;
and Defendant SMILE/ASTOR PLACE
11 | COMMUNICATIONS

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| STEEFEL, LEVITT & WEISS, a California Corporation, | Case No.: 03-CV-0440 (JCS) |
| Plaintiff, | |
| v. | |
| ASTOR HOLDINGS, INC.; ROBOT WARS, LLC; and SMILE/ASTOR PLACE COMMUNICATIONS, | **STIPULATION AND ORDER RE: SUPERSEDEAS BOND** |
| Defendants. | |
| AND RELATED CROSS ACTIONS. | |

Counterclaimants William Pascoe and Pascoe & Rafton (together, "Pascoe") and counterdefendant Steven Plotnicki ("Plotnicki"), by their undersigned attorneys, hereby agree and stipulate as follows and request the Court to enter the accompanying order:

1.      Plotnicki intends to file an appeal to the Ninth Circuit Court of Appeals from the Amended Judgment entered in this matter on January 4, 2006, and further intends to post a supersedeas bond issued by a California admitted surety company, pursuant to Federal Rules of Civil Procedure, Rule 62(d), to stay enforcement of the Amended Judgment and any ancillary cost award pending the determination of the appeal.

2.      Plotnicki and Pascoe, having analyzed the applicable federal interest rate on judgments and other relevant factors, have concluded that the proper amount of the supersedeas bond is $420,000 (four hundred twenty thousand dollars), representing approximately 125% of Pascoe's principal judgment award and cost claim against Plotnicki.

3.      Although the automatic stay of enforcement of the Amended Judgment, pursuant to Federal Rules of Civil Procedure, Rule 62, expires on January 19, 2006, given the arrangements required of Plotnicki the stay should continue as to Plotnicki only through and including January 26, 2006.

4.      If for any reason the bond is not ready for posting with the Clerk of this Court by January 26, 2006, Plotnicki may post a cash deposit in this Court's registry in the same amount as the required supersedeas bond, or $420,000 (four hundred twenty thousand dollars), which deposit shall be governed by sections 995.710 *et seq.* of the California Code of Civil Procedure ("Deposit in Lieu of Bond"), and Plotnicki may thereafter exercise his right under section 995.770 of that Code to substitute a supersedeas bond issued by a California

///

///

1  admitted surety company in the amount of $420,000 (four hundred twenty thousand
2  dollars) for the cash deposit.

4  **IT IS SO STIPULATED:**

6  DATED: January 19, 2006           BIEN & SUMMERS LLP
7                                     KING & KELLEHER LLP

                                By:         /S/
                                     ELLIOT L. BIEN
                                     Attorneys for Counterdefendant
                                     STEVEN PLOTNICKI

   DATED: January 19, 2006           ROECA HAAS HAGER LLP

                                By:         /S/
                                     RUSSELL ROECA
                                     Attorneys for Counterclaimants
                                     WILLIAM PASCOE and PASCOE
                                     & RAFTON

# ORDER

Based on the foregoing stipulation of the parties and for good cause shown, the Court orders as follows:

1. Enforcement of the Amended [by Pascoe] Judgment against counterdefendant Steven Plotnicki ("Plotnicki") is hereby stayed through and including January 26, 2006.

2. The proper amount of a supersedeas bond issued by a California admitted surety company pursuant to Federal Rules of Civil Procedure, Rule 62(d), or cash deposited by Plotnicki with the Clerk of the Court, necessary to stay enforcement of the Amended Judgment [by Pascoe] and any ancillary cost award against him pending the outcome of his appeal is $420,000 (four hundred twenty thousand dollars).

3. If Plotnicki posts a cash deposit in that amount with the Clerk of this Court, it shall be governed by sections 995.710 *et seq.* of the California Code of Civil Procedure ("Deposit in Lieu of Bond"), and Plotnicki may thereafter exercise his right under section 995.770 of that Code to substitute a supersedeas bond issued by a California admitted surety company, pursuant to Federal Rules of Civil Procedure, Rule 62(d), for the cash deposit.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 20, 2006

HONORABLE JOSEPH C. SPERO
MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND ORDER RE: SUPERSEDEAS BOND

-4-