1  ELLIOT L. BIEN (SB # 90744)
   BIEN & SUMMERS LLP
2  23 Palomino Road
3  Novato, California 94947
   Telephone:  (415) 898-2900
4  Facsimile:  (415) 898-1922
5  E-mail:  ELBien@comcast.net

6  Attorneys for Defendants/Counterclaimants
   ASTOR HOLDINGS, INC., and ROBOT WARS,
7  LLC; Counterdefendant STEVEN PLOTNICKI;
8  and Defendant SMILE/ASTOR PLACE
   COMMUNICATIONS
9

10                   UNITED STATES DISTRICT COURT
11          FOR THE NORTHERN DISTRICT OF CALIFORNIA
12                     SAN FRANCISCO DIVISION

13  STEEFEL, LEVITT & WEISS, a California      )
14  Corporation,                              )
                                              )   Case no. 03-CV-0440 (JCS)
15          Plaintiff,                        )
                                              )
16  v.                                        )
17                                            )   STIPULATION AND ~~PROPOSED~~
    ASTOR HOLDINGS, INC.; ROBOT               )   ORDER APPLYING SUPERSEDEAS
18  WARS, LLC; and SMILE/ASTOR PLACE          )   DEPOSIT TO AFFIRMED PORTION OF
19  COMMUNICATIONS,                           )   JUDGMENT IN FAVOR OF COUNTER-
                                              )   DEFENDANTS WILLIAM PASCOE AND
20          Defendants.                       )   PASCOE & RAFTON AND RELEASING
                                              )   THE BALANCE OF THE DEPOSIT
21  _____  )
                                              )
22  AND RELATED CROSS ACTIONS                 )
                                              )
23  _____  )

24
            Counterclaimants William Pascoe and Pascoe & Rafton (together, "Pascoe") and
25
    counterdefendant Steven Plotnicki ("Plotnicki"), by their undersigned attorneys, hereby
26
    agree and stipulate as follows and request the Court to enter the accompanying order.
27

28

1.     A final, amended judgment was entered in this matter on January 4, 2006, which, among other things, awarded Pascoe a principal judgment and ancillary costs and fee awards against Plotnicki.  On January 19, 2006, Pascoe and Plotnicki filed a Stipulation and Order Re: Supersedeas Bond which, among other things, provided that the amount of Plotnicki's supersedeas bond or deposit in lieu of a bond should be $420,000.  The Honorable Joseph C. Spero entered the proposed order on January 23, 2006, changing it to specify that the stay of enforcement would apply only to Pascoe.

2.     On January 26, 2006, Plotnicki filed a notice of appeal from the amended judgment to the Ninth Circuit Court of Appeals, posted a cash deposit with the Clerk of this Court in the amount of $420,000, and filed a notice of its posting along with his required Agreement Authorizing Clerk of the Court To Apply Deposit in Lieu of Supersedeas Bond.

3.     On April 28, 2008, the Ninth Circuit issued a memorandum decision which, among other things, affirmed Pascoe's principal judgment against Plotnicki but reversed Pascoe's ancillary attorneys' fee award against Plotnicki.  A copy is attached as Exhibit 1.

4.     Pascoe and Plotnicki now desire to terminate this dispute between them without further proceedings.  To that end, first, they hereby waive their rights to petition for a rehearing of the Ninth Circuit's decision, to petition for a writ of certiorari from that decision in the United States Supreme Court, and to move for an award of costs or attorneys' fees in connection with Plotnicki's appeal.

5.     In addition, Pascoe and Plotnicki hereby release and discharge each other, and any and all affiliated companies, stockholders, directors, officers, employees, agents, attorneys, representatives, heirs and assigns, from any and all claims, demands, actions, causes of action, obligations, damages or liabilities of every kind, nature, and description

STIPULATION AND ~~PROPOSED~~ ORDER APPLYING SUPERSEDEAS BOND, ETC.

1  whatsoever, known or unknown, occurring or existing prior to and through the date of filing

2  this Stipulation and Proposed Order, etc., except their rights to enforce the stipulation and

3  any order entered thereon.  They also waive any and all rights they may have under

4  California Civil Code section 1542, or similar statutes or rules, which provides that "[a]

5  general release does not extend to claims which the creditor does not know or suspect to

6  exist in his or her favor at the time of executing the release, which if known to him or her

7  must have materially affected his or her settlement with the debtor."  This release and

8  settlement does not cover or apply to judgment debtor Astor Holdings, Inc., its predecessors,

9  successors, or any and all affiliated companies, stockholders, directors, officers, employees,

10 agents, attorneys, representatives, heirs and assigns.  Astor Holdings, Inc., its predecessors,

11 successors, or any and all affiliated companies, stockholders, directors, officers, employees,

12 agents, attorneys, representatives, heirs and assigns are excluded from this stipulation to the

13 extent of the remaining judgment against Astor Holdings, Inc. for attorney fees awarded

14 Pascoe as prevailing party in the amount of $204,919.00, plus interest.

15

16        6.       Finally, Pascoe and Plotnicki stipulate and agree that the sum now on deposit

17 with the Clerk of this Court, including any and all accrued interest, shall be released

18 forthwith by check payable to "Bien & Summers LLP Attorney-Client Trust Account," from

19 there to be allocated as follows.  Immediately upon the clearance of the deposited funds in

20 that account, its trustee, Elliot L. Bien, Esq., shall draw a check payable to "Roeca Haas

21 Hager LLP in Trust" in the amount of $142,100.80 (One Hundred Forty-Two Thousand,

22 One Hundred Dollars and Eighty Cents) and deliver same forthwith to Russell S. Roeca, Esq.,

23 at Roeca Haas Hager LLP, 351 California Street, Suite 900, San Francisco CA 94104.  Then,

24 upon receipt of written confirmation from Mr. Roeca of his receipt of the prescribed check

25 ///

26 ///

27 ///

28

1   and his bank's receipt of the funds, Mr. Bien shall release the balance of the deposit to Mr.

2   Plotnicki pursuant to their own agreement.

3

4   **IT IS SO STIPULATED:**

5   DATED:   May 15, 2008                          BIEN & SUMMERS LLP

6

7                                        By: _____

8                                             ELLIOT L. BIEN
                                              Attorneys for Counterdefendant
9                                             STEVEN PLOTNICKI

10

11  DATED:   May 15, 2008                          ROECA HAAS HAGER LLP

12

13                                       By: _____

14                                            RUSSELL S. ROECA
                                              Attorneys for Counterclaimants
15                                            WILLIAM PASCOE and PASCOE
                                              & RAFTON

16

17

18

19

20

21

22

23

24

25

26

27

28  _____
    STIPULATION AND ~~PROPOSED~~ ORDER APPLYING SUPERSEDEAS BOND, ETC.

                                  -4-

## ORDER

Based on the foregoing stipulation of the parties and for good cause shown, the Court orders as follows:

(1)  The sum deposited with the Clerk of this Court by counterdefendant Steven Plotnicki, including any and all accrued interest, shall be released forthwith by check payable to "Bien & Summers LLP Attorney-Client Trust Account," from there to be allocated as follows.

(2)  the sum now on deposit with the Clerk of this Court, including any and all accrued interest, shall be released forthwith by check payable to "Bien & Summers LLP Attorney-Client Trust Account," from there to be allocated as follows.  Immediately upon the clearance of the deposited funds in that account, its trustee, Elliot L. Bien, Esq., shall draw a check payable to "Roeca Haas Hager LLP in Trust" in the amount of $142,100.80 (One Hundred Forty-Two Thousand, One Hundred Dollars and Eighty Cents) and deliver same forthwith to Russell S. Roeca, Esq., at Roeca Haas Hager LLP, 351 California Street, Suite 900, San Francisco CA 94104.  Then, upon receipt of written confirmation from Mr. Roeca of his receipt of the prescribed check and his bank's receipt of the funds, Mr. Bien shall release the balance of the deposit to Mr. Plotnicki pursuant to their own agreement.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  May 15, 2008

Judge Joseph C. Spero

HONORABLE MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

---

**STIPULATION AND ~~PROPOSED~~ ORDER APPLYING SUPERSEDEAS BOND, ETC.**

-5-